UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY A. TRUEMAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:12-CV-73-F |
| | ) | |
| UNITED STATES OF AMERICA (USA); | ) | |
| a/k/a (United States (U.S.) Government); | ) | |
| Barack H. Obama, II President of USA, | ) | |
| Commander-In-Chief, U.S. Armed Forces); | ) | |
| ERIC SHINSEKI, U.S. Secretary, | ) | |
| Department of Veterans Affairs (DVA); | ) | |
| ERIC H. HOLDER, JR., US Attorney | ) | |
| General (USAG), Department of Justice, | ) | |
| (DOJ); RICHARD J. GRIFFIN Acting | ) | |
| Inspector General DVA-IG; | ) | |
| E.J. McQUADE, DVA-Veterans Benefits | ) | |
| Administration (BVA) Manager, Regional | ) | |
| Office Winston-Salem North Carolina; | ) | |
| ELIZABETH GOOLSBY Director, DVA | ) | |
| Medical Center, Fayetteville, North | ) | |
| Carolina; BOBBY J. KIRBY, Special | ) | |
| Agent, DVA-IG Columbia, South | ) | |
| Carolina, | ) | |
|     Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated March 17, 2014, the United States' Motion to Dismiss the tort claims asserted against it is ALLOWED.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Defendants' Motion to Dismiss is ALLOWED, the Plaintiff's Motion to Amend is DENIED, the Plaintiff's Motion to Compel is DENIED, and Plaintiffs claims are DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on March 30, 2015, and Copies To:**

Jeffrey Trueman (410 Turtlehead Drive, Longs, SC 29568)
Joshua B. Royster (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>March 30, 2015 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |